EDWIN J. FULTON, Respondent, *v.* RICHMOND COUNTY SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN, Appellant, Impleaded with Another.

*Fulton* v. *Ingalls*, 165 App. Div. 323, affirmed.
(Argued March 1, 1915; decided March 16, 1915.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 31, 1914, which affirmed an order of Special Term denying a motion by defendants for judgment on the pleadings in an action to recover for alleged malicious prosecution.

The following question was certified: "Does the complaint in this action state facts constituting a cause of action against the defendant Richmond County Society for the Prevention of Cruelty to Children?"

*John D. Lindsay* for appellant.

*George M. Pinney* and *Warren C. Van Slyke* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.